LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROTANYA K. HESTER,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>   Defendant. | No.  EDCV 14 - 852 SP<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED FIFTY DOLLARS AND 00/100 ($1,950.00) subject to the terms of the stipulation.

DATE:  September 8, 2015    _____

                                 HON. SHERI PYM
                                 UNITED STATES MAGISTRATE JUDGE